# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

**VIVIAN JONES,**

Plaintiff,

vs.

**THE BRACHFELD LAW GROUP, A Professional Corporation,**

Defendant.

Case No. **2:10-CV-01535-MCE-GGH**

**ORDER**

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

The Clerk is directed to close the file.

DATE: February 11, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE